Mishka L. Marshall (016641)
**Marshall Law, P.C.**
2198 E. Camelback Rd., Suite 310
Phoenix, AZ 85016
Telephone: 602/274-7873
Facsimile: 602/274-8207
Email: mlm@marshall-law.us
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLE BROWN,<br><br>　　　　　　Plaintiff,<br><br>V.<br><br>SCHENKER, INC., a foreign corporation doing business in Arizona,<br><br>　　　　　　Defendant**.** | **Case No.  CV12-00335-PHX-SPL**<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>**(Expedited Ruling Requested)** |

　　　　Pursuant to Local Rule 83.3(b)(2) of the Federal Rules of Civil Procedure, Marshall Law, P.C., by and through Mishka L. Marshall seeks leave to withdraw as counsel for Plaintiff Nicole Brown in the above-captioned matter. The basis for counsel's motion is that a conflict of interest has developed between counsel and Plaintiff. Matters involving ER 1.16(b) have arisen necessitating counsel's withdrawal from this matter.

　　　　The attorney-client privilege and the duty of loyalty to Plaintiff prohibit counsel undersigned from providing details of this matter. An *ex parte* hearing with a sealed record should be set if the Court requires more specificity.

The Complaint in this matter was filed on February 16, 2012. Defendant has been served and has filed its answer. The Court issued a Case Management Order on September 26, 2012. Discovery is ongoing. On October 17, 2012, Plaintiff served Defendant with her Initial Disclosure Statement. On November 5, 2012, Plaintiff served Defendant with her First Supplemental Disclosure Statement and responses to Defendant's First Request for Production and First Set of Interrogatories. Defendant has not served Plaintiff with its initial disclosure statement.

The deadline for completion of fact discovery is May 31, 2013. A trial date has not been set.

Nicole Brown's last known address and telephone number are as follows:

Nicole Brown
2930 E. Nisbet Ct.
Phoenix, Arizona 85032
602/810-1199 Cell

As set forth in the attached Certificate of Counsel, Marshall Law has notified Ms. Brown in writing of the status of the case including discovery deadlines, compliance with any existing Court orders, and the possibility of sanctions. See Certificate of Counsel, attached as Exhibit 1.

For the reasons set forth above, Marshall Law, P.C., by and through counsel undersigned, respectfully requests leave to withdraw as counsel for Plaintiff Nicole Brown. Counsel undersigned also requests an expedited ruling on this Motion.

Respectfully submitted this 13th day of November, 2012.

**MARSHALL LAW, P.C.**

s/Mishka L. Marshall
Mishka L. Marshall
2198 E. Camelback Road, Suite 310
Phoenix, AZ  85016
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2012 I transmitted by electronic filing the foregoing Motion to Withdraw as Counsel for Plaintiff to the United States District Court for the District of Arizona using the CM/ECF System and sent a copy via electronic mail and First Class Mail to:

Nicole Brown
2930 E. Nisbet Ct.
Phoenix, Arizona 85032
Plaintiff

and

Kristin Culbertson
**Littler Mendelson, P.C.**
2425 E. Camelback Rd., Suite 900
Phoenix, AZ 85016
Counsel for Defendant

s/Mishka L. Marshall