1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**EXHIBIT 1**
**TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Mishka L. Marshall (016641)
**Marshall Law, P.C.**
2198 E. Camelback Rd., Suite 310
Phoenix, AZ 85016
Telephone: 602/274-7873
Facsimile: 602/274-8207
Email: mlm@marshall-law.us
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLE BROWN,<br><br>　　　　Plaintiff,<br><br>V.<br><br>SCHENKER, INC., a foreign corporation doing business in Arizona,<br><br>　　　　Defendant. | **Case No. CV12-00335-PHX-SPL**<br><br>**CERTIFICATE OF COUNSEL** |

Pursuant to U.S. District Court Local Rule 83.3(b)(2), Mishka L. Marshall, hereby certifies that Plaintiff Nicole Brown has been notified in writing of the status of the case, including the deadlines set forth in the Case Management Order, pending compliance with any Court order, and the possibility of sanctions.

Respectfully submitted this 13th day of November, 2012.

**MARSHALL LAW, P.C.**

s/Mishka L. Marshall
Mishka L. Marshall
2198 E. Camelback Road, Suite 310
Phoenix, AZ 85016
Counsel for Plaintiff

Mishka L. Marshall (016641)
**Marshall Law, P.C.**
2198 E. Camelback Rd., Suite 310
Phoenix, AZ 85016
Telephone: 602/274-7873
Facsimile: 602/274-8207
Email: mlm@marshall-law.us
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLE BROWN,<br><br>　　Plaintiff,<br><br>V.<br><br>SCHENKER, INC., a foreign corporation doing business in Arizona,<br><br>　　Defendant. | **Case No. CV12-00335-PHX-SPL**<br><br>**CERTIFICATE OF COUNSEL** |

Pursuant to U.S. District Court Local Rule 83.3(b)(2), Mishka L. Marshall, hereby certifies that Plaintiff Nicole Brown has been notified in writing of the status of the case, including the deadlines set forth in the Case Management Order, pending compliance with any Court order, and the possibility of sanctions.

Respectfully submitted this 13th day of November, 2012.

**MARSHALL LAW, P.C.**

s/Mishka L. Marshall
Mishka L. Marshall
2198 E. Camelback Road, Suite 310
Phoenix, AZ 85016
Counsel for Plaintiff