Mishka L. Marshall (016641)
**Marshall Law, P.C.**
2198 E. Camelback Rd., Suite 310
Phoenix, Arizona 85016
Telephone: 602/274-7873
Facsimile: 602/274-8207
Email: mlm@marshall-law.us
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLE BROWN,<br><br>　　　　　　Plaintiff,<br><br>V.<br><br>SCHENKER, INC., a foreign corporation doing business in Arizona,<br><br>　　　　　　Defendant**.** | **Case No. CV12-00335-PHX-SPL**<br><br>**STIPULATION FOR PROTECTIVE ORDER** |

　　　Pursuant to Rule 26(c), Fed.R.Civ.P., Plaintiff Nicole Brown ("Plaintiff") and Defendant Schenker, Inc. ("Defendant"), by and through counsel undersigned, hereby stipulate and jointly request that this Court enter a Protective Order governing the disclosure and use of the parties' confidential material produced in connection with this action. The Proposed Stipulated Protective Order is attached as Exhibit 1.

　　　Respectfully submitted this 16th day of November, 2012.

**MARSHALL LAW, P.C.**

s/Mishka L. Marshall
Mishka L. Marshall
2198 E. Camelback Rd., Suite 310
Phoenix, Arizona 85016
Counsel for Plaintiff

**LITTLER MENDELSON, P.C.**

s/Kristin R. Culbertson
Neil M. Alexander
Kristin R. Culbertson
2425 E. Camelback Rd., Suite 900
Phoenix, Arizona 85016
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2012 I transmitted by electronic filing the foregoing Stipulation for Protective Order to the United States District Court for the District of Arizona using the CM/ECF System. A copy of the foregoing document was served on the following via the CM/ECF System:

Neil M. Alexander
Kristin R. Culbertson
**LITTLER MENDELSON, P.C.**
2425 E. Camelback Rd., Suite 900
Phoenix, Arizona 85016

s/Mishka L. Marshall