IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLE BROWN,<br><br>              Plaintiff,<br><br>V.<br><br>SCHENKER, INC., a foreign corporation doing business in Arizona,<br><br>              Defendant. | **Case No.  CV12-00335-PHX-SPL**<br><br>**PROPOSED ORDER** |

For good cause shown, IT IS HEREBY ORDERED, that Mishka L. Marshall and Marshall Law, P.C. shall withdraw as counsel for Plaintiff in the above-captioned matter.