Mishka L. Marshall (016641)
**Marshall Law, P.C.**
2198 E. Camelback Rd., Suite 310
Phoenix, AZ 85016
Telephone: 602/274-7873
Facsimile: 602/274-8207
Email: mlm@marshall-law.us
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NICOLE BROWN,<br><br>       Plaintiff,<br><br>V.<br><br>SCHENKER, INC., a foreign corporation doing business in Arizona,<br><br>       Defendant. | **Case No. CV12-00335-PHX-SPL**<br><br>**MOTION TO SEAL STATEMENT REGARDING PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Pursuant to Local Rule 5.6 of the Federal Rules of Civil Procedure, Marshall Law, P.C., by and through counsel undersigned seeks leave to file UNDER SEAL an *ex parte* Statement regarding Plaintiff's Motion to Withdraw as Counsel for Plaintiff. The Court has ordered counsel undersigned to file the aforementioned *ex parte* Statement. Leave to file the Statement UNDER SEAL is sought because it contains Plaintiff's confidential and privileged information.

Respectfully submitted this 6th day of December, 2012.

**MARSHALL LAW, P.C.**

s/Mishka L. Marshall
Mishka L. Marshall
2198 E. Camelback Road, Suite 310
Phoenix, AZ  85016
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012 I transmitted by electronic filing the foregoing Motion to Seal Statement Regarding Plaintiff's Motion to Withdraw as Counsel For Plaintiff to the United States District Court for the District of Arizona using the CM/ECF System and sent a copy via electronic mail to:

Nicole Brown
2930 E. Nisbet Ct.
Phoenix, Arizona 85032
Plaintiff

and

Kristin Culbertson
**Littler Mendelson, P.C.**
2425 E. Camelback Rd., Suite 900
Phoenix, AZ 85016
Counsel for Defendant

s/Mishka L. Marshall