Peter K. Strojnik, State Bar No. 026082
**THE STROJNIK FIRM L.L.C.**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 532-7572
Strojnik@skplaw.com

Attorneys for Plaintiff
Nicole Brown

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Brown, | Case No: 2:12-cv-00335-SPL |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL OF RECORD FOR PLAINTIFF** |
| Schenker, Inc., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the undersigned counsel enters his appearance as counsel of record for Plaintiff Nicole Brown in the matter above captioned. Counsel's contact information is provided below:

Peter K. Strojnik
The Strojnik Firm LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Tel. (602) 510-9409
Fax. (602) 532-7572
Strojnik@skplaw.com

DATED this 7th day of March, 2013.

          THE STROJNIK FIRM LLC

          By s/ Peter K. Strojnik
              Peter K. Strojnik (026082)
              2415 East Camelback Road, Suite 700
              Phoenix, Arizona 85016
              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on March 7, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristin Renee Culbertson
Neil M. Alexander
Littler Mendelson P.C.
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Attorneys for Defendant

s/ Peter K. Strojnik

2