```
 1  Neil M. Alexander; AZ Bar No. 020757
    Kristin R. Culbertson; AZ Bar No. 020801
 2  nalexander@littler.com
    kculbertson@littler.com
 3  LITTLER MENDELSON, P.C.
    Camelback Esplanade
 4  2425 East Camelback Road
    Suite 900
 5  Phoenix, AZ  85016
    Telephone:   602.474.3600
 6  Facsimile:   602.957.1801

 7  Attorneys for Defendant
    SCHENKER, INC.
 8
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Nicole Brown, | Case No. 2:12-CV-00335-SPL |
|---|---|
| Plaintiff, | **NOTICE OF INDEPENDENT PSYCHOLOGICAL EXAMINATION OF PLAINTIFF** |
| v. | |
| Schenker, Inc., | |
| Defendant. | |

**TO:   PLAINTIFF NICOLE BROWN AND HER ATTORNEY OF RECORD:**

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 35, Fed.R.Civ.P., Defendant requests that you appear at the office of Erin M. Nelson, Steven Pitt & Associates, 15849 North 71st Street, Suite 100, Scottsdale, Arizona  85254, on **May 20, 2013** beginning at **9:00 a.m.** until 5:00 p.m. for the purpose of undergoing a psychological examination by the above named individual.  The examination will be videotaped, and following the examination, Dr. Nelson or an associate will administer a written psychological test to Plaintiff.  No third parties are allowed to attend or be present during these examinations.  Also, if Plaintiff requires the use of items such as eyeglasses or a hearing aid, Plaintiff should have those with her at the time of the examination.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

DATED this 12th day of April, 2013

*s/ Kristin R. Culbertson*
Neil M. Alexander
Kristin R. Culbertson
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Schenker, Inc.

I hereby certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants this 12th day April, 2013:

Peter K. Strojnik
THE STROJNIK FIRM LLC
Esplanade Center III
2415 East Camelback Road
Suite 700
Phoenix, Arizona 85016
Attorneys for Plaintiff

*s/ Ashleigh Machrol*
Firmwide:119655517.1 070732.1001

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600